STATE OF MAINE *vs.* KNOX AND LINCOLN RAILROAD COMPANY.

Knox.    Opinion January 11, 1886.

*Tax. Knox and Lincoln Railroad Company. Charters.*

The Knox and Lincoln Railroad Company is exempt from taxes other than specified in its charter.

The charter of a railroad company provided that a portion of its net income should be paid to the state as a tax and that "no other tax, than herein is provided, shall be levied or assessed on said corporation, or any of their privileges, property or franchises." *Held,* that the company was not liable to taxation under statute 1881, c. 91.

ON report on facts agreed.

Debt to recover the sum of six hundred and fifteen dollars and thirty-six cents, levied in 1881 by the governor and council under the provisions of stat. 1881, c. 91.

*Orville D. Baker,* attorney general, for the state.

*Henry Ingalls,* for the defendant.

HASKELL, J. Debt for a tax laid under c. 91 of the laws of 1881. The original charter, under which the defendant exists, was granted August 13, 1849, and after providing that a portion of its net income shall be paid to the state as a tax, further provides, that " no other tax than herein is provided, shall be levied, or assessed on said corporation, or any of their privileges, property, or franchises," and that the legislature shall have power to impose fines and penalties necessary more effectually to compel compliance with its charter, " but not to impose any other, or further duties, liabilities, or obligations." Sections 15 and 17. It was held in *State* v. *Dexter and Newport Railroad Co.* 69 Maine, 44, that the defendant, holding a charter in terms almost identical with the charter of defendant, was not amenable to a tax laid upon it, other than specified in its charter. That case must be held to be decisive of the case at bar.

*Judgment for defendants.*

PETERS, C. J., WALTON, VIRGIN, LIBBEY and FOSTER, JJ., concurred.